IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| Boun Theth Moua,<br><br>　　　　　　Plaintiff,<br>vs.<br><br>Kristi NOEM, Secretary, U.S. Department of Homeland Security, in her official capacity; Joseph EDLOW, Director, U.S. Citizenship and Immigration Services, in his official capacity, and Pamela BONDI, Attorney General of the United States, in her official capacity,<br><br>　　　　　　Defendants. | CV 25-142-M-DWM<br><br>ORDER |

　　　Before the Court is Defendants' unopposed motion to stay this case. Following the September 23 hearing on the parties' pending motions, Defendants filed a status report and motion for extension to file a case management plan on September 24. Defendants indicated the extension was necessary to permit the parties to develop a plan for the potential administrative resolution of this case. The Court granted the motion and on September 26, Defendants filed a second status report and the instant motion to stay.

　　　In the second status report, Defendants note the following developments: (1) Plaintiff is no longer subject to the July 8 Plan of Action letter and thus not

1

required to self-deport on or before November 7; (2) Plaintiff's immigration case has been transferred to a U.S. Immigration and Customs Enforcement field office in Helena, Montana; and (3) U.S. Citizenship and Immigration Services is reopening Plaintiff's Form N-600 Application for Certificate of Citizenship, which the agency previously denied in January 2024.

Given these developments, Defendants move to stay this case for a period of two weeks, until October 10, 2025, to permit Citizenship and Immigration Services to complete its review of the reopened application. Accordingly,

IT IS ORDERED that the motion (Doc. 23) is GRANTED. This case is hereby STAYED until October 10, 2025, by which time Defendants shall file a report apprising the Court of the status of the case. The Court will hold in abeyance any rulings on the pending motions for the duration of the stay.

DATED this 29th day of September, 2025.

Donald W. Molloy, District Judge
United States District Court