IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| Boun Theth Moua,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Kristi NOEM, Secretary, U.S. Department of Homeland Security, in her official capacity; Joseph EDLOW, Director, U.S. Citizenship and Immigration Services, in his official capacity, and Pamela BONDI, Attorney General of the United States, in her official capacity,<br><br>　　　　　Defendants. | CV 25-142-M-DWM<br><br><br>ORDER |

Defendants have informed the Court that Plaintiff's Application for Certificate of Citizenship has been approved and will be issued on October 30. Defendants therefore request an extension of the stay previously granted in this case. Accordingly,

IT IS ORDERED that the motion (Doc. 25) is GRANTED. This case is hereby STAYED until November 15, 2025, by which time the parties shall file either a stipulation of dismissal or a report apprising the Court of the status of the case.

DATED this 10 day of October, 2025.

_____
Donald W. Molloy, District Judge
United States District Court