IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| BOUN THETH MOUA, | CV 25–142–M–DWM |
| Plaintiff, | |
| vs. | ORDER |
| KRISTI NOEM, in her official capacity as Secretary, U.S. Department of Homeland Security, et al., | |
| Defendants. | |

The parties having filed a stipulation for dismissal pursuant to Rule 41(a),

IT IS ORDERED that the above-captioned cause is DISMISSED, each party to pay its own costs. All pending motions are MOOT and all deadlines are VACATED.

DATED this 24th day of November, 2025.

_____
Donald W. Molloy, District Judge
United States District Court